PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Name of Offender: Steven Edward Belton                               Cr.: 2:05-000651-001

Name of Sentencing Judicial Officer: Dickinson R. Debevoise (Chief Judge Joseph F. Anderson, Jr., D/SC)

Date of Original Sentence: 05-24-05

Original Offense: Making False and Fictitious Statements to a Licensed Firearms Dealer (18 U.S.C. 924(a)(1)(A))

Original Sentence: 3 years probation

Type of Supervision: Probation                              Date Supervision Commenced: 05-24-05

### PETITIONING THE COURT

[ ]   To extend the term of supervision for       Years, for a total term of       Years.
[X]   To modify the conditions of supervision as follows.

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

### CAUSE

The offender tested positive for cocaine on July 5, 2005 and August 9, 2005. He admitted to smoking cocaine base (crack) on a few occasions. The U.S. Probation Office in the District of New Jersey is recommending a modification of conditions to include drug testing and treatment. Belton waived his right to a hearing and signed a modification of supervision conditions (Form 49), to include drug testing and treatment.

Respectfully submitted,

By: Kevin P. Egli
U.S. Probation Officer
Date: 09-20-05

PROB 12B - Page 2
Steven Belton

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Oct. 14, 2005
_____
Date